*In re* **Kemph**, Stephen Alan (MR 18621)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed. Respondent Stephen Alan Kemph is suspended from the practice of law for three years and until further order of the Court and is required to refund the attorney fees paid by Carrie Brown and Consuelo Gamino before he may petition for reinstatement under Supreme Court Rule 767.